**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| DARLENE JAMERISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:20-cv-1640-MTS |
| | ) |
| ANTHEM INSURANCE COMPANIES, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum and Order, Doc. [44], entered this day,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment in this case is entered in favor of Defendants Anthem Insurance Companies, Inc. as to Plaintiff's Complaint.

Dated this 30th day of March, 2022.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE